Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

|  |  |
|---|---|
| Freddie L. Wagner Jr. | Case No. **25-1383** |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☑ Yes ☐ No |
| **-v-** | **SECT. GMAG.4** |
| Delgado Community College- Marine/Fire Training Officer Calvin Thompson Regina Radosta Amazon.com, Inc./ Ring LLC | |
| *Defendant(s)* | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Freddie L. Wagner Jr. |
| Street Address | 40009 Olde Mill Lane |
| City and County | Ponchatoula, Tangipahoa |
| State and Zip Code | Louisiana, 70454 |
| Telephone Number | (504) 255- 3508 |
| E-mail Address | wagnerfreddie@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Delgado Community College- Marine/Fire Training |
| Job or Title *(if known)* | Training Academy |
| Street Address | 13200 Old Gentilly Road |
| City and County | New Orleans, Orleans Parish |
| State and Zip Code | Louisiana, 70129 |
| Telephone Number | (504) 671-6620 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Officer Calvin Thompson |
| Job or Title *(if known)* | New Orleans Police Department- Officer (7th District) |
| Street Address | 334 Royal Street |
| City and County | New Orleans, Orleans Parish |
| State and Zip Code | Louisiana, 70130 |
| Telephone Number | (504) 658-6000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Regina Radosta |
| Job or Title *(if known)* | Delgado Marine/Fire Training Academy |
| Street Address | 13200 Old Gentilly Road |
| City and County | New Orleans, Orleans Parish |
| State and Zip Code | Louisiana, 70129 |
| Telephone Number | (504)671-6620 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Amazon.com, Inc./ Ring LLC |
| Job or Title *(if known)* | Manufacturer & Service Provider of Ring Home Security System |
| Street Address | 410 Terry Avenue North |
| City and County | Seattle, King County |
| State and Zip Code | Washington, 98109 |
| Telephone Number | (206)266-1000 |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- U.S. Constitution, First Amendment (freedom of speech/retaliation)
- U.S. Constitution, Fourth Amendment (unlawful search/surveillance)
- U.S. Constitution, Fourteenth Amendment (due process and equal protection)
- 42 U.S.C. § 1983 (civil action for deprivation of rights under color of law)

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____

b.  If the defendant is a corporation

The defendant,  *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

1.   On or about May 8, 2025, I was a student enrolled in the STCW Refresher Course at Delgado Community College – Marine/Fire Training Academy, located at 13200 Old Gentilly Road, New Orleans, Louisiana.

2.   During the live fire safety exercise, I was physically and verbally mistreated by a Delgado instructor, whose name is currently unknown and is identified here as John Doe. I was struck, handled aggressively, and spoken to in a demeaning and threatening manner during the drill.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I respectfully request the following relief from the Court:

1.   Actual Damages in the amount of $10,000, representing the costs of tuition, out-of-pocket expenses, emotional distress, surveillance defense equipment, and the harm caused by delays in filing and interference with my complaints.

2.   Punitive Damages in the amount of $125,000, to hold the defendants accountable for deliberate retaliation,

3.   Injunctive Relief, including an order directing Delgado Community College to preserve footage, correct internal reporting procedures, and submit to external review of misconduct complaints.

4.   Any other relief the Court deems just and proper under the law.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:          02 July 2025

Signature of Plaintiff

Printed Name of Plaintiff      Freddie L. Wagner Jr.

### B.     For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



### III. Statement of Claim

3.   Following the incident, I attempted to file a formal complaint with Delgado administration and campus police. A staff member named Ms. Regina (last name unknown) made misleading or dismissive statements about the incident, including suggesting that my mistreatment was "part of the exercise.

4.   On June 9, 2025, I attempted to file a criminal report with the New Orleans Police Department. Officer C. Thompson failed to take a report or escalate the matter. I later obtained proof that the officer misrepresented my actions and intentionally delayed documentation of my complaint.

5.   I believe I was retaliated against for attempting to report the incident and seek justice. I was followed, harassed, and later involved in a suspicious vehicle collision, which I believe may be linked to ongoing intimidation efforts.

6.   I also experienced surveillance-related interference at my residence. My Ring home security system, manufactured by Amazon/Ring, began malfunctioning. I documented unauthorized system behavior, altered settings, and a lack of response to alarms or activity. Ring representatives denied responsibility despite evidence of compromised access.

7.   Additionally, I discovered unauthorized fiber optic infrastructure and unexplained elevated EMF levels at my home. An AT&T technician confirmed their company may have installed underground wiring without notice. I have experienced chronic health and privacy issues as a result.